## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth Hutt, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-01108 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| Greenix Holdings LLC, | : | Chief Magistrate Elizabeth Preston Deavers |
| | : | |
| Defendant. | : | |

## NOTICE/STIPULATION TO DISMISS WITH PREJUDICE

Defendant, Greenix Holdings LLC ("Defendant"), and Plaintiff Kenneth Hutt ("Plaintiff"), through undersigned counsel hereby stipulate, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's action against Defendant be dismissed with prejudice, with the parties to bear their own costs and attorney fees.  The basis for this stipulation is that the parties have resolved the case to their mutual satisfaction.

ICE MILLER LLP

s/James A. Davidson (0024534)
James.Davidson@icemiller.com
Lydia F. Reback (0097766)
Lydia.Reback@icemiller.com
250 West Street, Suite 700
Columbus, Ohio 43215

s/Mickell Jimenez (Pro Hac Vice)
MJimenez@hollandhart.com
Holland & Hart LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101

*Attorneys for Defendant*

LAW OFFICES OF EMILY LEWIS

s/Emily J. Lewis (0037300)
ejl@elewislaw.com
5650 Blazer Parkway
Dublin, OH 43017

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

\*Emily J. Lewis*